UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – FLINT

In re:

HICKEY, KATHLEEN,

                                              Chapter 7
                                              Case no. 13-33320
      Debtor.                                  Hon. Daniel S. Opperman
_____/

### ORDER OVERRULING DEBTOR'S OBJECTIONS TO CLAIM NO. 9, CLAIM NO. 10 CLAIM NO. 11 AND CLAIM NO. 12

For the reasons stated in this Court's opinion dated May 2, 2018:

IT IS HEREBY ORDERED that Debtor's objections to Claim No. 9, Claim No. 10, Claim No. 11 and Claim No. 12, are overruled.

**Signed on May 03, 2018**

/s/ Daniel S. Opperman
**Daniel S. Opperman**
**United States Bankruptcy Judge**